NOTE: PlAINtiff DAVID MEYERS IS
IN IMMINENT DANGER AND MOVES THE        : All GRIEVANCES ARE EXHAUSTED:
COURT TO TRANSFER THIS CASE TO ANOTHER DIVISION.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

:1 OF 15 PAGES:

COMPLAINT UNDER CIVIL RIGHTS ACT 42 US.C

SECTION 1983

ACTION NUMBER.————

PARTIES:

PLAINTIFF: DAVID MEYERS 1039777
Sussex 1 STATE PRISON
24414 MUSSLEWHITE DRIVE
WAVERLY, VA. 23891.

VS.

DEFENDANTS: A. DAVID ROBINSON Chief OF CORRECTIONS Operations
JAMES PARKS, MANAGER OF OFFENDER MANAGEMENT SERVICES
DIRECTOR OF CENTRAL CLASSIFICATIONS SERVICES-VADOC
GAIL JONES ASSISTANT MANAGER OF CCS- VADOC
ROSE DURBIN PREA MANAGER
DANIEL MCGOWAN PREA Hotline Center VADOC REFERRALIST
SCOTT RICHESON; MS. ELIADES; PAUL HAYMES;
VIRGINIA DEPARTMENT OF CORRECTIONS 6900
ATMORE DRIVE, RICHMOND VA. 23228.
IVAN GILMORE, WARDEN
MARTIN BRYANT, ASSISTANT WARDEN
MAJOR HIBBS, Chief OF SECURITY
D. ROUNDTREE, CAPTAIN
MR. LANE, CAPTAIN
MS. HARRIS, Chief OF HOUSING AND PROGRAMS

: DEFENDANT's ADDResses :
: 2 OF 15 PAGES :

MichelLe WALKER, Counselor : SHAUN VANCAMPEN;
Lt. MR. CuRRy, Lt. MR. Ricks, Lt. Ms. CuevAs; Sgt. Ms.
DiAN; Lt. MR. Bennett, OFFiceR MR. Epps; OFFiceR
MR. WAUMMADi (WAMMADDi); OFFiceR MR. GAmbiAN;
OFFiceR MR. DunloWe; OFFiceR MR. A. WALkup;
OFFiceR MR. Smith; OFc. Ms. MUNDLe; OFFiceR
Ms. Stevens; SERGeAN+ MR. Celi; MAil CleRK
A. MiLLeR; FiscAl Tech KRUSE; Chief SecRetARy
H. SpenceR; ANGeLA Wethinston OpeRAtions
MANAGeR; Unit MANAGeR TRACiA BRown; Unit
MANAGeR Ms. WALLACE; Unit MANAGeR Ms.
Johnson; Intel OFFiceRs A. BRown, N. LABoy,
(M. PeRRy), M. CRockeR-Nelson; LATAsha DARby;
Z. Dunlevy; SERGeAN+ MR. Wyche; OFc. MR. Smith;
E. P. Witt; J. Mosley; S. N. Atkins; K. CARRoll-Oss;
Ms. Hunt; Q. M. H. P- Ms. HALL; Q. M. H. P- Ms. MiRGA;
Q. M. H. P- Ms. RodRiguez; LAUNDRy OFFiceR MR. BAines;
Sussex I StAte PRison STRike FoRce TeAmCoRRectionAl
OFFiceRs; SAFety OFFiceR MR. Stith; SeRGeAN+
VUGABoR; 24414 Musslewhite DRive, WAverly, VA. 23891;
GRegoRy HolloWAy; MARcus ElAm; K. CosBy; B. SchuyleR;
ViRginia DepARtment OF CoRRections EAsteRN Region
OFFice I4545 OLD Belfield RoAd, CApRon, VA. 23829.
DR. ERic VAN Buskirk; DR. M. Picio; DR. Ulep, HeAlth
SeRvices AdministRAtoR Ms. MAys; RN-NuRse K. KittRell;
RN-NuRse Ms. Smith; RN-NuRse ORtiz; ARmoR HeAlth
SeRvices, INC AddRess Is Being Denied To PlAintiff.

: 3 OF 15 PAGES:

STATEMENT OF THE CLAIM.

CLAIM #1: PLAINTIFF IS BLIND WITH 3 BULLETS LODGED IN HIS WRITING HAND. This Is A 8th AMENDMENT Violation CLAIM That I STATE ON DEFENDANTS Sgt. Celi, Lt. MR. CURRY, Lt. MR. Ricks, MAIL CLERK A. Miller, WARDEN I. Gilmore, OPERATIONS MANAGER A. Wethington, IPM-S. VANCAMPEN, Chief OF HOUSING AND PROGRAMS Ms. HARRIS, ASSISTANT WARDEN M. BRYANT, HEAD SECRETARY H. SPENCER, UNIT MANAGER Ms. WALLACE, UNIT MANAGER Ms. JOHNSON, Chief OF SECURITY MAJOR Hibbs, Ms. KRUSE S. Richeson, INTEL OFFICERS A. BROWN, N. LABOY, M. PERRY, M. CROCKER-Nelson, L. DARby AND Z. Dunlevy, AND CAPTAIN D. ROUNDTREE, CONTINUING To OBSTRUCT HINDER AND DELAY MAILING My Outgoing LEGAL LETTERS To The U.S. COURT OF APPEALS FOURTH CIRCUIT CONTAINING My PLRA COMPLETED FORMS, INFORMAL BRIEF AND BRIEF OF The APPELLANT AND 400 PAGES OF EXHIBITS AND MOTIONS THAT I GAVE To SERGEANT MR. Celi ON 09/23/2020 At My Sussex I STATE PRISON 3B-01 Cell RELATING To APPEAL No. 20-7349 FOR CIVIL ACTION No. 2:19 CV234 HABEAS CORPUS PETITION APPEAL BASED ON The Above Sussex I STATE PRISON Employees, OFFICE OF The ATTORNEY GENERAL ATTORNEY EUGENE MURPHY, U.S. MAGISTRATE JUDGE ROBERT KRASK AND U.S. JUDGE ARENDA Allen's FRAUD UPON The COURT "Collusion" IN THEIR REFUSAL To GIVE Me U.S. MAGISTRATE JUDGE ROBERT KRASK's UPSURPING AND RACIAL RETALIATION REPORT AND RECOMMENDATION OF ACTION No. 2:19 CV234 THAT R. KRASK WAS REMOVED FROM CASE ON 11-16-2019 Between 05/30/2020 To 08/24/2020 When I

:4 OF 15 PAGES:

I WAS GIVEN U.S. Judge Allen's DISMISSAL ORDER.
The Above PERSONS Refuse To Give Me This Courts
CORRESPONDENCES FROM 05/30/2020 To 08/24/2020
To SABOTAGE My Litigation AND CAUSE DISMISSAL
OF ACTION No. 2:19cv234 AND To obstruct Me
FROM KNOWING WHAT ORDERS AND RESPONSIVE
PLEADINGS AND RESPONSIVE Dispositions were
Being ENTERED INTO The ACTION # 2:19cv234
CASE AND Other CASES PENDING IN This Court,
AND The Above PERSONS Violated My Due Process
Rights AND FREEDOM OF Speech Rights UNDER The
FIFth, FOURteenth AND FIRST Amendment. This
Is Also A 1st, 5th, AND 14th Amendment Violation
CLAIM ON The Above PERSON Depriving Me OF My
Right To MAKE A Timely Objection. U.S. Judge
ARENDA Allen Lied IN HER 08/17/2020 DISMISSAL
ORDER That The FORMS Eugene Murphy Submitted
As Exhibits were The CONTRACTS That The
Above Intel OFFICER were Trying To FORCE ME To
Sign AND They were'Nt AND I NEVER SAT IN My
Sussex / State PRISON Cell AND REFUSED ANY MAIL FROM
The Courts. U.S. Judge ARENDA Allen AND U.S. MAGISTRA-
-te Judge RobertKrask, Opposing Counsel Eugene
Murphy AND WARDEN I. Gilmore AND The Above
PRISON Employees ARE IN A Collusion AND Scheme
INTRIGUE To OBSTRUCTION, Hold, Delay AND Refuse
To Give Me My INCOMING Court, Courts, CORRESPOND-
- ENCES AND OPEN, Remove CONTENTS FROM Courts CORRESP-
ONDENCES AND Remove CONTENTS OF My OUTGOING CORRESP-

ONDENCES FROM ME TO THE U.S. DISTRICT COURT NORFOLK
DIVISION, U.S. COURT OF APPEALS FOR THE FOURTH
CIRCUIT, WISE COUNTY CIRCUIT COURT CASE No. CL18-
78, SUSSEX COUNTY CIRCUIT COURT, U.S. COURT
OF APPEALS DC-CIRCUIT, U.S. DISTRICT COURT
FOR DISTRICT OF COLUMBIA, U.S. DISTRICT
COURT ORLANDO FLORIDA DIVISION, PETERSBURG
CIRCUIT COURT, SURRY CIRCUIT COURT, TAZEWELL
CIRCUIT COURT, PITTSYLVANIA COUNTY CIRCUIT
COURT, RICHMOND CIRCUIT COURT, SUPREME
COURT OF THE UNITED STATES AND SUPREME
COURT OF VIRGINIA CONCERNING MY CIVIL ACTIONS
AND CASES PENDING IN THESE COURTS FROM 12-16-
2019 TO THIS 10-03-2020 TO CAUSE MY LITIGATIONS
IN THESE CASES TO BE SABOTAGE AND THE COURTS
DISMISS THESE CIVIL ACTIONS. THE APPEAL No. 20-7349
(2:19cv234) PLRA FORMS, INFORMAL BRIEF, BRIEF
OF THE APPELLANT, IMMINENT DANGER AND BRIEF EXHIBITS
WERE DUE TO BE RECEIVED BY THE HONORABLE COURT
BY 10/15/2020. THE ABOVE PERSON'S OPENED THE GIANT
MANILLA ENVELOPE CONTAINING THESE PLEADINGS AND
PHOTOCOPIED THE CONTENTS, REMOVED EXHIBITS, THAT
OPPOSING COUNSEL EUGENE MURPHY HAS DIRECTED THEM
TO REMOVE FROM THE PACKAGE AND ARE JUST HOLDING
THIS OUTGOING LEGAL MAIL TO THE U.S. COURT OF APPEALS
FOURTH CIRCUIT AND REFUSING TO WEIGH THE ENVELOPE
CORRECTLY BY ITS WEIGHT AND PROCESS THE OFFENDER
WITHDRAWAL REQUEST THAT I GAVE TO Sgt. Celi
FOR MAIL CLERK A. MILLER AND FISCAL TECH KRUSE

: 6 OF 15 PAGES:

To Add Legal Mail Postage From To The Legal Mail Package. On 09/23/2020 I Gave Sgt. Celi Prepaid Postage Legal Mail Letters Addressed To Clerk Fernando Galindo U.S. District Court Norfolk Motion For Leave To File Amended Complaint No., 2:20cv64, Sussex Circuit Court Motion For Leave Case #CL18-78, Clerk Douglas Robelen Supreme Court Of Virginia Record No.200873 David Meyers vs. Warden T. Gilmore Motion For Leave To File Amended Complaint And I Gave Sgt. Celi U.S. Court Of Appeal For The Fourth Circuit #20-1901L-PLRA Forms, And Judicial Misconduct Complaint Filed On U.S. Judge Arenda Allen, U.S. Magistrate Judge Robert Krask's Fraud Upon The Court Dismissal Of Action No. 2:19cv234, And Judge Norman Moon Refusal To Process My Notice Of Appeal Of Civil Action Nos. 7:19cv250; 7:19cv406; 7:19cv496; 7:19cv558, And 7:19cv605 That Were Dismissed By The U.S. Court Of Appeals Fourth Circuit In Action No. 20-6625L Because Warden T. Gilmore, Mail Clerk A. Miller, Intel Officers A. Brown, N. Laboy, M. Perry, M. Nelson, L. Darby, Z. Dunlevy, A. Werthington, H. Spencer, Mr. M. Bryant, Mr. Hibbs, Ms. Harris, S. Vancampen, D. Roundtree, M. Walker, S. Atkins, E. Witt, J. Mosley, K. Carroll, Ms. Hunt Refused To Give Me The U.S. Court Of Appeals Fourth Circuit's Appeal No. 20-6625L Correspondences And Removed My Imminent Danger Exhibits From My Legal Letters To The Court. The Above Prison Officials Are Just Holding And Tampering With My Outgoing Mails To Courts To Cause Dismissals.

CLAIM #2:

This Is A 8th Amendment Violation Claim That I State On WARDEN I. Gilmore, VADOC Central Classifications Services MANAGER JAMES Jim PARKS, GAil JONES, Ms., ELiADes, AND A. DAViD RobinsoN Chief OF CoRRectioNs OpeRatioNs Sussex I State PRisoN 3A Pod Protective Custody Unit Disability DiscRimination Scam They ARe Operating With OFFICe OF The AttoRNey GeNeRAl Opposing Counsels RicHARD VoRhis, ANN White, Timothy DAVis, Eugene MuRphy, CHARisse Mullen, MARy MilleR, ChRistiAN OBENSHAIN, DoNAlD JeffRey, RAcHAel YATES TheiR SecRetARy K. WARReN, AttoRNey GeNeRAl MARK HeRRing, SoliciToR GeNeRAl ToBy HeytENS, Deputy SolicitoR GeNeRAl MAtthew McGuiRe As State RetAliation ON DAViD MeyeRs FoR My PetitioN FoR ARticles OF ImpeAch meNt That I Submitted To The ViRginiA SeNAte AND ViRginiA GeNeRAl Assembly IN JANuARy 2020 FoR These AttoRNeys To Be Impeached AND RemoveD FRom The ViRginiA AttoRNey GeNeRAl's OFFice FoR CoRRuptioN, CRiminAl RAckete eeRing, IllegAlly KiDNApping AND IllegAlly AbductiNg Me To HolD Me IN FAlse ImpRisoNmeNt AND WRONgFul CoNvictioNs To Subject Me To PRemeditation PlaNNeD SexuAl Abuses, 8 SeRious HeAD INjuRies, UNceAsing SexuAl Abuses, LoNgteRm SegRegatioN AND MARshAlling VADOC INmAtes That I'm Being HouseD With To MAke DeAth ThReAts To Me To MuRDeR Me, PoisoN My MeAls AND CAusing Me To Be BliND By The AttoRNeys AND Above PRisoN

:8 OF 15 PAGES:

OFFiciAls MARSHAlling WARDEN I. Gilmore And Other
G.E.O. INC WARDENS And Employees To INSTigate
KAj Mullins To Stab Me IN My Left Eye And Beat
Almost To Death With A Combination Lock. The
Above VADOC PRison OFFicials And OFFice OF The
AttorNey GeNeRAl AttorNeys And SecretARy K.
WARReN ARe ENForCing State RetAlIAtions ON Me
And Subjecting Me To UNNecessARy RiGor. The
AttorNeys ARe Violating Section 1.2 Scope OF
Representation By PlANNiNg The PRisoN OFFicials
Sex Crimes, And Crimes OF Violence That WARDeN
I. Gilmore SuborDiNATes Have Committed ON Me From
01-06-2020 - To This 10-03-2020. The Above AttorNeys
And JAmes Jim PARks, BAil JoNes, A. DAviD Robinson
And WARDeN I. Gilmore TRANSferRed Numerous
INmAtes Who HAve StAlked Me To MurDer Me From
Red ONion StAte PRISoN, To WAllens Ridge StAte
PRison To Sussex 1 StAte PRISON And Housing The
INmATes MAlTEK BlAck, MR. MARtin, MR. TAylor, V. Bel-
CheR, MR. WOODS IN The SAme 3B Pod With So They
The INmAtes Could Set The 3B Pod ON Fire 71 Times
From 01-02-2020 To This 10-03-2020, These INmAtes
Rioted ON 04/09/2020 After I Reported To INtel
OFFicers A. BRowN, N. LABOY, And Z. DuNlevy ON
04/08/2020 When They Video Recorded Me With A
HANd Held CAmcorder For 9 PREA Complaints I TruthFully
Filed And Reported To Them ON Sussex 1 StAte PRisoN Employees
Sexual Abusing Me From 01-06-2020 To 04/08/2020.
A. BRowN, N. LABOY And Z. DuNlevy Covered Up The 9

P.R.E.A. Sexual Abuse Complaints At The 03/08/2020
Interview With Them About Sussex 1 State Prison
Employees Ofc. Onkeon, Dr. M. Picio, Ofc. A. Walkup,
Intel Ofc. M. Perry, Intel Ofc. Myoshia Crocker
Nelson, Unit Manager Tracia Brown, Sgt. Ms.
Dial, Nurse Walker, And Intel Ofc. M. Perry
Laundry Ofc. M. Baines And 2 Unknown Black
Male Sussex 1 State Prison Strike Force Team
Gang Prison Guards Sexual Abusing Me. I Told
Chief Intel Ofc. A. Brown, N. Laboy, And Z. Dunlevy
That Inmate Maliek Black And Other Inmates
That I Testified On At My Court Hearings In
Case Nos. 7:19cv250; 7:19cv406; 7:19cv496; 7:19cv
558 And 7:19cv605 Stalking Me To Murder Me
For The 50,000.00 Murder For Hire Bounty
Reward Contract That My Alleged Victim Druglord
Maurice Rives Offerred To The VADOC Inmate
Gangs-Gangster Disciples, Mexican Mafia, And
Bloods Gang To Murder Me To Prevent Me Testifying
On His Organized Crime Networks Homicides And
Drug Trafficking. I Told A. Brown, N. Laboy, And
Z. Dunlevy I Was Transferred To Sussex 1 State
Prison By Office Of The Attorney General
Attorneys Richard Vorhis And Timothy Davis
To Go To My Court Hearings On These Inmates
Stalking Me To Kill Me. Richard Vorhis And Office
Of The Attorney General White Supremacist
Attorneys Had U.S. Magistrate Judge J. Hoppe
File A Fraud Upon The Court Report And Recommendation

Report That Me And My Witnesses Were Not
Credible Because I Referred To The Defendants As
White Supremacist Racists And That I Was The
Only Black Person In The Court At The Hearings
On 12-19-2019 And 12-20-2019 And This Agitated
U.S. Magistrate Judge Hoppe To Falsely Allege
Allege That Me And My Eyewitnesses C. Dammones,
L. Mathias And Bobby Richardson Are Not Credible
Because We Are Black And The Defendants Prison
Officials Are White. Attorney R. Vorhis And His
Secretary Ms. E. Warren And Office Of Attorney
General Had Inmate Maliek Black And These Inmates
Striking Me To Murder Me Marshall Warden I.G. more
Tracia Brown, Lt. Cuevas, Lt. Mr. Curry, Captain D.
Roundtree, Sgt. Ms. Dial, Lt. Mr. Bennett, Ofc. Mr.
Epps, Ofc. Mr. Dunlowe, Ofc. A. Walkup, Ofc. Mr. Smith,
Sgt. Wyche, Lt. Mr. Ricks, Major H.bbs, M. Bryant Put
Me And These Undocumented Inmate Enemies In The
Sussex 1 State Prison 4A General Population Pod
So The Inmates Assault Me After I Told A. Brown,
N. Laboy And Z. Dunlevy On The 03/08/2020 Hand
Held Video Recorder Camcorder During The PREA
Investigation That These Inmate Were Trying To
Murder Me. A. Brown, N. Laboy, Z. Dunlevy Refused To
Separate Me From These Inmates. On 03/09/2020
Between 9 PM To 03/10/2020 3 A.M. These Inmates
Threw Homemade Knives, Metal Objects, Sharp Glass,
Long Light Bulbs Thru My 4A-01 Open Tray Slot That
Struck Me Causing Me Deep Puncture Wounds To

:11 OF 15 PAGES:

My Head, Chest, Stomach And Legs. Office Of The
Attorney General Attorneys Above, Warden I.,
Gilmore, Unit Manager T. Brown, Captain D.,
Roundtree, H. Spencer Head Secretary, Lt. Mr.,
Curry, Sgt. Ms. Dial, Lt. Ms. Cuevas, Ofc. A. Walkup, A. Brown,
Ofc. Mr. Smith, Officer Mr. Dunlowe Told The
Officers Working 4A Pod To Leave My Trays/at
Open ✳ So That Inmate Mahier Black And The
Inmates Could Riot And Assault Me With
Their Deadly Weapons. See The 03/09/2020
And 03/08/2020 Video Recordings On The
Camcorder And 4/A Pod Max Pro Video Re-
cording. On 03/08/2020 I Told A. Brown,
N. Laboy, And Z. Dunlevy That Ofc. A. Walkup
Made Threats To Me On 02/24/2020. A. Walkup
Stated, I'm Going To Fuck You In Your Asshole
And Kill You! Chief Intel Officers A. Brown,
N. Laboy, And Z. Dunlevy, M. Perry, M. Crocker-
Nelson, L. Darby, PREA Manager Angela
Wethington, Eastern Regional PREA Analyst
B. Schuyler, Eastern Region Ombudsman K. Cosby,
Eastern Regional Operations Manager Gregory
Holloway, Eastern Regional Manager Adminis-
trator Marcus Elam, VADOC PREA Coordinator
Rose Durbin, VADOC PREA Referralist
Daniel McGowan, Chief Paul Haymes Of VADOC Special
Special Investigations Unit, VADOC Special Agent
Ms. Hunter, Warden I. Gilmore, M. Bryant, Mr. Hibbs
Mr. Hibbs, Unit Manager T. Brown, IPM- S. Van

: 12 of 15 PAGES:

CAMPEN, CAPTAIN D. ROUNDTREE, Lt. BENNETT, OFC. EPPS,
AND SUSSEX / STATE PRISON Lt. Ms. CUEVAS, AND Sgt.,
Ms. DIAL STILL ALLOWED OFC. A. WALKUP TO HAVE CONTACT
With Me ON 03/08/2020 ON 03/12/2020 TO DRAG
My LEGS UNDER My WHEELCHAIR AND CAUSE Me TO FALL
FORWARD Out My WheelChair AND STRIKE My HEAD
ON The 3B POD BOOTH STATION CEMENT WALL CAUSING
Me A 2½ INCH LONG DEEP PUNCTURE WOUND TO My
HEAD AND A SEVERE NECK AND Left SHoulder
INJURIES. NURSE KITTRELL-RN, RN-NURSE SMITH,
HEALTH SERVICES ADMINISTRATOR Ms. MAYS, DR. E.,
VAN BUSKIRK, DR. ULEP, DR. M.P.CIO, NURSE
ORTiz, NURSE McDONALD AND WARDEN I. GILMORE
REFUSED TREAT Me FOR These 03/12/2020 INJURIES
Until ON 07/06/2020. DR. BUSKIRK BUSKIRK
ORDERED Me A NECK BRACE AND Wedge Pillow
FOR My NECK INJURIES. NURSE KITTRELL-RN, AND
NURSE SMITH AND Ms. MAYS SWITCHED My X-RAYS
With ANOTHER INMATE'S XRAYS THAT They HAD
Their OWN STAFF XRAY TECHNICIAN TO TAKE My
XRAYS So They COULD FALSELY Allege Nothing's WRONG
With HEAD, NECK, AND SHoulder AND 9 GUNSHOT
WOUND INJURIES AND CAR ACCIDENT NECK, HEAD,
BACK, LEGS, AND HANDS INJURIES AND RECENT RIBS
AND CHEST AND HANDS INJURIES TO DENY Me MEDICAL
JOGAV TREATMENT FOR These INJURIES. ON 08/06/2020
AND WISE COUNTY CIRCUIT COURT JUDGE KILGORE ORDERED
WAYS Me TO BE ASSIGNED TO 3A POD PC-UNIT UNIT FOR
     My SAFETY AND FOR I. GILMORE TO STOP REFUSING TO GIVE Me
     My COURT MAILS. ATTORNEY ANN White AND R. VORHIS HAD JUDGE
UN JUDGE J. HAMILTON ORDER Me TO STAY IN RHU With My ENEMYS TOKILLME.

: 13 OF 15 PAGES:

CLAIM #3: Ofc. Waummaddi, D. Roundtree, I. Gilmore, Food Service Supervisor Stealing Food off my menu. This—Is A 8th Amendment Violation Claim That I State On The Defendants Below Violating Violating My U.S. Constitution Rights Based On Their Maliciously And Sadistically Conduct That Falls Under A 42 USC Section 1983 Right Of Action Under FARMER vs. BRENNAN (FARMER STANDARD). From 08/27/2020 To 09/04/2020 Lt. Mr. Ricks, Lt. Mr. Curry, Sgt. Ms. Diai, Sgt. Mr. Craft, IPM-S. Vancampen, Captain D. Rountree, Major Mr. Hibbs, A. Wethington, H. Spencer, Mr. M. Bryant, Sgt. Yugabor, Ofc. Gambian, Ofc. Wammaddi (Waumaddi), Ofc. Ms. Stevens, Ofc., Ms. Mundle, Unit Managers Ms. Wallace, Unit Manager Ms. Johnson, Ms. Harris Chief Of Housing And Programs, Mental Health Staff Ms. Hall, Ms. Mirba And Ms. Rodriguez, Nurse Kittrell, Health Services Administrator Ms. Mays, RN-Nurse Smith, RN-Nurse Ortz And Warden I. Gilmore And Safety Ofc. Mr. Stith Refused To Give Me A Shower To Wash Bacteria And COVID 19 Germs From My Bedsores, Infectious Disease Sores On My Faces And From My Infected Head, Chest, Stomach, Legs Wounds. The Above Sussex 1 State Prison Employees And Office Of The Attorney General Attorney Are Subjecting Me To Unnecessary Rigor And Trying To Force Me To Become Infected With COVID 19 Virus So I Die. The Above Prison Officials Refused To Give Me Disin-fectant To Clean Feces And Urine And E-Coli And COVID 19 Germs From My Sink, Toilet, And Walls. The Above Persons

: 14 OF 15 PAGES:

Refused To Issue Me State Soap To Wash Bacteria And Covid 19 Virus Germs From My Body From 08-20-2020 To 10-01-2020. Warden J. Gilmore Refuses To Have A Infectious Disease Unit Come To My Sussex 1 State Prison 3B-01 Cell And Clean The Feces From My Ceiling And Upper Walls That Have Been On My Cell's Ceiling And Upper Walls Before I Was Assigned To Sussex 1 State Prison On 12-16-19 That I Have Filed And Exhausted Numerous Grievances On The Above Persons Subjecting Me To Unnecessary Rigor. On 09-10-2020 The Above Sussex 1 State Prison Employees Refused To Give Me A Shower. Warden Gilmore Has Lt. Ricks, Lt. Curry, Ms. Harris, Ms. Wallace, Ms. Johnson And Sgt. Yugabor Giving Me A Shower Every 10 Days Or Up To 30 Days Without Giving Me A Shower. They, The Above Persons Give All The Other Inmates On The Lower 3B Pod Showers And Refuse To Give Me 3B A Shower 3 Times Per Week, And Be Making Up Excuses That They Have To Video Record Me And A Lietenant Has To Be Present So This Gives Them The Justification To Deny Me Showers For Up To 30 Days. On The Grievances I Filed On Them The Above Persons. They Falsely Allege That They Offered Me A Shower When They Have'nt. They Don't Video Record The Inmates Making Death Threats To Me. The 3B Pod Ceiling Is Unsafe. It Has A Large Crack In The Ceiling Above The Tortore Secure Chairs And The Rollable Telephone Alongside The Tortore Secure Chairs. On 09-24-2020 Warden J. Gilmore, S. Vancampen, Ms. Wallace, Mr. Hibbs, D. Round Tree, Lt. Curry, Ms. Harris, Ms. Johnson Had Ofc. Mr. Chapman Order Me To Let Him Chain Me To The Secure Chairs So I Die When The Ceiling Caves In. They Know The Ceiling Is Damaged Above The Chairs And Refuse They Refuse To Let Me Use Telephone To Call PREA.

: Claim For Relief Filed 10/03/2020:

In The U.S. District Court, Norfolk Division

David Meyers, Plaintiff                    October 3RD 2020

vs.                                        Civil Action No._____

A. David Robinson, et Al.        : 1 oF 1 Page :


Claim For Relief Pursuant To Federal
Rules Of Civil Procedure Rule 8.


Comes Now, The Plaintiff, David Meyers Submitting
To This Honorable Court A Claim For Relief
Pursuant To Federal Rules Of Civil Procedure
Rule 8. This Honorable Court Has Jurisdiction Pursuant
To 28 USC Section 1391 Venue To Excercise Jurisdiction
Over This 42 USC 1983 Civil Action. Plaintiff Seeks
The Relief Of 3 Million Dollars Compensatory
Damages Award. 2 Hundred Thousand Dollars
Punitive Damage Award. Court Order For Protective
Custody Assignment. Temperary Transfer To Greens-
ville Correction Center L-Building Segregation
Housing Under Protective Custody Status Until
Court Ordered Interstate Compact Agreement
For Protective Custody Unit Status Assignment Is
Approved By A Receiving State Due To Plaintiff
Being In Imminent Danger And Being Subjected
To State Retaliations, Unceasing Sexual Abuses And Unnecessary
And Unnecessary Rigor At Sussex I State Prison.

Respectfully Submitted,

David Meyers DAVID MEYERS.

:15 OF 15 PAGES:                :1983 Civil Action Complaint:

## Relief

Plaintiff Seeks The Below Relief

1. Award Of Compensatory Damages Of 3 Million Dollars,

2. Award Of Punitive Damages Of 2 Hundred Thousand Dollars

3. Injunctive Relief Of A Interstate Compact Transfer To Another State To Be Housed In A Protective Custody Unit For My Safety, And Temporary Transfer To Greensville Correctional Center L-Building Segregation Unit With All My Legal Mail, Legal Materials, Television, Radio, Commissary Food Items, And Hygiene And Chronic Care Medications To Be Allowed To Be Held In Plaintiff's Greensville Correctional Center Segregation Cell Until Plaintiffs Interstate Compact Agreement For Protective Custody Unit Assignment Is Approved In The Receiving State Plaintiff Is Assigned By Wise County Circuit Court Judge Kilgore Orders Entered In Case #CL18-78 To Be Assigned To Protective Custody Status And Defendants Are Disability Discriminating Towards Allowing Plaintiff To Be In Sussex 1 Prison 3A Pod PC-Unit Because Plaintiff Is Disabled And I.Gilmore Is Still Housing Me With Undocumented Enemies Trying To Kill Me:

:I Do Not Consent To U.S. Magistrate Judge To Preside Over This Case.

Signed: David Meyers 1039777: Signed This 3RD Day Of September 2020